Submitted on remand from the Oregon Supreme Court July 13, 2000, affirmed
May 23, 2001

WAYNE GLENN McDADE,
*Appellant,*

*v.*

Nick ARMENAKIS,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

96C-14328; A99823

25 P3d 983

Steven H. Gorham for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and John T. Bagg, Assistant Attorney General, for respondent.

Before Haselton, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Affirmed. *Weidner v. Armenakis,* 154 Or App 12, 959 P2d 623, *vac'd and rem'd* 327 Or 317, 966 P2d 220 (1998), *withdrawn by order* July 13, 1998, *reasoning reaffirmed and readopted in Merrill v. Johnson,* 155 Or App 295, 964 P2d 284, *rev den* 328 Or 40, 977 P2d 1170 (1998); *Godleske v. Morrow,* 161 Or App 523, 984 P2d 339 (1999), *rev den* 330 Or 553 (2000); *Burnett v. Lampert,* 173 Or App 577, 25 P3d 337 (2001).